AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-CV-01332-MPS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **ACHBANI NOURDDINE, ADMINISTRATOR FOR THE ESTATE OF ABDELOUAHAB HATTB**

was received by me on *(date)*  **10/02/2024**

☑ I personally served the summons on the individual at *(place)*  **56 CHAPEL ST**

**GREENWICH, CT 06831**                                    on *(date)* **10/04/2024**                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  **10/07/2024**

_____
*Server's signature*

**RAY A. COOKE, Process Server**
*Printed name and title*

**WNY PROCESS SERVICE, LLC**
**1260 Delaware Ave., Suite 3**
**Buffalo, NY 14224**
*Server's address*

Additional information regarding attempted service, etc:
Documents: SUMMONS IN A CIVIL CASE; VERIFIED AMENDED COMPLAINT; EXHIBITS
Description of person papers left with:
Sex: Female- Age:45- Skin: Medium - Hair:Black - Height:5ft 7in - Weight:150-175

Service Address: 56 CHAPEL ST
City/State/Zip: GREENWICH, CT 06831