Civil Action No. 3:24-CV-01332-MPS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ELIANE FILS**

was received by me on *(date)* **10/02/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Dylan FILS**, a person of suitable age and discretion who resides there, on *(date)* **10/04/2024**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **10/07/2024**

*Server's signature*

**RAY A. COOKE, Process Server**
*Printed name and title*

**WNY PROCESS SERVICE, LLC**
1260 Delaware Ave., Suite 3
Buffalo, NY 14224
*Server's address*

Additional information regarding attempted service, etc:
Documents: SUMMONS IN A CIVIL CASE; VERIFIED AMENDED COMPLAINT; EXHIBITS
Description of person papers left with:
Sex: Male- Age:45- Skin: African American - Hair:Black - Height:6ft0in - Weight:175

Service Address: 15 DASKAM PL
City/State/Zip: STAMFORD, CT 06902