UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Hurwitz Fine, PC
424 Main St 1300
Buffalo, NY 14202-3727

| | | |
|---|---|---|
| AMGUARD INSURANCE COMPANY | Plaintiff(s) | **AFFIRMATION OF SERVICE** **AUTHORIZED** |
| - against - | | |
| ELIANE FILS, ET AL. | Defendant(s) | Index #: **3:24-CV-01332-MPS** |

Our Job #: 7073230



RAY A. COOKE, hereby subscribes and affirms that: I am over the age of 18 years, not a party to this action, and reside in the State of Connecticut.

On Friday, October 04, 2024 at 4:59 PM at 15 Daskam Place, Downtown, Stamford, CT 06902

I served a true copy of the within **SUMMONS IN A CIVIL CASE; VERIFIED AMENDED COMPLAINT; EXHIBITS**, bearing Index # **3:24-CV-01332-MPS**

On **ST. LOUIS FILS** in the following manner:

By personally delivering a true copy of the above described documents to **Dylan Fils** personally, deponent knew said individual to be the **Authorized Agent** thereof and authorized to accept the service of process.

**Approximate Description of Person The Documents Were Left With:**
Sex: **Male**, Skin/Race: **Dark**, Hair Color: **Brown**, Age: **45**, Height: **6ft**, Weight: **150-175**

Pursuant to CPLR 2106-I affirm on 7th day of October, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
RAY A. COOKE
Process Server

**WNY Process Service, LLC**
*Main Office*
4300 Seneca St.
Suite 1035
Buffalo, NY 14224
Service@WNYProcess.com