UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____

AMGUARD INSURANCE COMPANY,

                            Plaintiff,             CIVIL ACTION NO.: 3:24-cv-01332

      -against-                             **DECLARATION**

ELIANE FILS, ST. LOUIS FILS, FILS REALTY, LLC
and ACHBANI NOURDDINE, ADMINISTRATOR
FOR THE ESTATE OF ABDELOUAHAB HATTAB,

                            Defendants.

_____

       LEE S. SIEGEL, ESQ., under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

       1. I am an attorney at law duly licensed to practice in the State of Connecticut and am a member of the law firm of Hurwitz Fine P.C., attorneys for the plaintiff, AMGUARD INSURANCE COMPANY ("AMGUARD"), in this action. As such, I am fully familiar with the facts and pleadings herein.

       2. This action was commenced pursuant to Rule 3 of the Federal Rules of Civil Procedure.

       3. The time for the defendants, ELIANE FILS, ST. LOUIS FILS, FILS REALTY, LLC and ACHBANI NOURDDINE, ADMINISTRATOR FOR THE ESTATE OF ABDELOUAHAB HATTAB, (hereinafter collectively "Defendants") to answer or otherwise move with respect to the amended complaint herein has expired.

4. The Defendants have not answered or otherwise moved with respect to the amended complaint, and the time for the Defendants to answer or otherwise move has not been extended.

5. The Defendants are not infants or incompetent, and none of them are presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff, AMGUARD, requests that the default of the Defendants be noted and certificates of default be issued pursuant to Federal Rule of Civil Procedure 55(a) with respect to each of them.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the relief sought by plaintiff is just.

DATED:   West Hartford, Connecticut
         November 6, 2024

HURWITZ FINE P.C.

By:_____
   Lee S. Siegel, Esq.
*Attorneys for Plaintiff,*
*AMGUARD INSURANCE COMPANY*
1245 Farmington Ave., #1198
West Hartford, Connecticut 06107
(631) 465-0700
lss@hurwitzfine.com