UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____

AMGUARD INSURANCE COMPANY,

                                  Plaintiff,            CIVIL ACTION NO.: 3:24-cv-01332

-against-

ELIANE FILS, ST. LOUIS FILS, FILS REALTY, LLC      **CLERK'S CERTIFICATE OF**
and ACHBANI NOURDDINE, ADMINISTRATOR                **DEFAULT**
FOR THE ESTATE OF ABDELOUAHAB HATTAB,

                                Defendants.
_____

      I, Dinah Milton Kinney, Acting Clerk of the United States District Court of the District of Connecticut (New Haven), do hereby certify that this action was originally commenced on August 20, 2024 with the filing of a summons and complaint, with exhibits, and amended complaint, with exhibits, filed on September 27, 2024.  A copy of the summons and amended complaint, with exhibits, was served on defendant Elaine Fils on October 4, 2024 by substituted service and proof of service was therefore filed on October 10, 2024, Doc. #14.  I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the amended complaint herein.  The default of the defendant Elaine Fils is hereby noted.

Dated:  New Haven, Connecticut
              _____, 2024

                                                Dinah Milton Kinney,
                                              Acting Clerk of the Court


                                 By:_____
                                       Deputy Clerk