EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____

AMGUARD INSURANCE COMPANY,

                      Plaintiff,

vs.

ELIANE FILS, ST. LOUIS FILS, FILS REALTY, LLC
and ACHBANI NOURDDINE, ADMINISTRATOR
FOR THE ESTATE OF ABDELOUAHAB HATTAB,

                      Defendants.
_____

**DEFAULT JUDGMENT**

Case No.: 3:24-cv-01332

      This case came for consideration on a motion for default entry pursuant to Fed. R. Civ. P. 55(a). On November 6, 2024, Plaintiff, AMGUARD INSURANCE COMPANY ("AmGUARD"), filed a motion for entry of default pursuant to Fed. R. Civ. P. 55(a) as to Defendants, ELIANE FILS, ST. LOUIS FILS, FILS REALTY, LLC and ACHBANI NOURDDINE, ADMINISTRATOR FOR THE ESTATE OF ABDELOUAHAB HATTAB (ECF Doc. 17). By Order, dated November 7, 2024, AmGUARD's motion for entry of default pursuant to Fed. R. Civ. 55(a) was granted. (ECF Doc. 18). AmGUARD was instructed to file a motion for default judgment by December 7, 2024 (ECF Doc. 18). AmGUARD did as instructed.

      This declaratory judgment action having been initially commenced by AmGUARD on August 20, 2024, by the filing of the Summons and Complaint, with Exhibits A-C, and on September 27, 2024, by the filing of the Amended Complaint, with Exhibits A-C, and a copy of the respective Summons and Amended Complaint, with Exhibits A-C, having been served upon, ELIANE FILS, ST. LOUIS FILS, FILS REALTY, LLC and ACHBANI NOURDDINE, ADMINISTRATOR FOR THE ESTATE OF ABDELOUAHAB HATTAB, on October 4, 2024, with proofs of service filed on October 10, 2024,

Having considered the issues raised by AmGUARD in support of its motion, and to Defendants, ELIANE FILS, ST. LOUIS FILS, FILS REALTY, LLC, and ACHBANI NOURDDINE, ADMINISTRATOR FOR THE ESTATE OF ABDELOUAHAB HATTAB, having failed to answer, move, or otherwise respond to AmGUARD's Amended Complaint herein, it is therefore:

**ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of the plaintiff, AmGUARD, and against the Defendants, ELIANE FILS, ST. LOUIS FILS, FILS REALTY, LLC, and ACHBANI NOURDDINE, ADMINISTRATOR FOR THE ESTATE OF ABDELOUAHAB HATTAB;

**ORDERED, ADJUDGED, and DECREED** that AmGUARD is not obligated to defend and/or indemnify the defendants, ELIANE FILS, ST. LOUIS FILS, and FILS REALTY, LLC, for the claims and relief asserted in the lawsuit pending in the Superior Court of the State of Connecticut, Stamford Judicial District, captioned *Achbani Nourddine, Administrator for the Estate of Abdelouahab Hattab, Deceased v. Eliane Fils, Individually, St. Louis Fils, Individually and Fils Realty, LLC,* bearing Index No. FST-CV23-6062394-S (the "Underlying Action");

**ORDERED, ADJUDGED, and DECREED** that AmGUARD is permitted to withdraw from the defense that it is currently providing to ELAINE FILS and ST. LOUIS FILS in the Underlying Action; and it is further

**ORDERED, ADJUDGED, and DECREED** that the case is now closed.

SIGNED and DATED:_____

_____
**HON. MICHAEL P. SHEA, U.S.D.J.**