UNITED STATES DISTRICT COURT
District of Connecticut

Amguard Insurance Company.
*Plaintiff*

v.

Eliane Fils, St Louis Fils, Fils Re
*Defendant*

Case No. 3:24-CV-01332-MPS

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

5/1/2025
*Date*

*Filer's signature*

St. Louis Fils
*Printed name*

31 Hillcrest Avenue
*Address*

Stamford, CT 06902
*City, State, Zip Code*

203 550 4343
*Telephone number*

## CERTIFICATE OF SERVICE

I hereby certify that on 5/1/2025, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

List here:

*Filer's signature*

Rev. 8/11/15

# UNITED STATES DISTRICT COURT
## District of Connecticut



MAY 5 2025 PM 1:34
RCV'D_M- USDC - BPT - CT

MAY 5 2025 PM 1:34
FILED_M- USDC - BPT- CT

Amguard Insurance Company.
*Plaintiff*

v.

Eliane Fils, St Louis Fils, Fils Re
*Defendant*

Case No. 3:24-CV-01332-MPS

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

5/1/2025
*Date*

*Filer's signature*

St. Louis Fils
*Printed name*

31 Hillcrest Avenue
*Address*

Stamford, CT 06902
*City, State, Zip Code*

203 550 4343
*Telephone number*

## CERTIFICATE OF SERVICE

I hereby certify that on 5/1/2025, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

List here:

*Filer's signature*

Rev. 8/11/15