UNITED STATES DISTRICT COURT
District of Connecticut

Amguard Insurance Company.
*Plaintiff*

v.

Eliane Fils, St Louis Fils, Fils Re
*Defendant*

Case No. 3:24-CV-01332-MPS

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

5/1/2025
*Date*

*Eliane Fils*
*Filer's signature*

Eliane Fils
*Printed name*

31 Hillcrest Avenue
*Address*

Stamford, CT 06902
*City, State, Zip Code*

203 550 4343
*Telephone number*

## CERTIFICATE OF SERVICE

I hereby certify that on 5/1/2025, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

List here:

*Eliane Fils*
*Filer's signature*

Rev. 8/11/15

UNITED STATES DISTRICT COURT
District of Connecticut

Amguard Insurance Company.
Plaintiff

v.

Eliane Fils, St Louis Fils, Fils Re
Defendant

Case No. 3:24-CV-01332-MPS

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

5/1/2025
Date

Eliane Fils
Filer's signature

Eliane Fils
Printed name

31 Hillcrest Avenue
Address

Stamford, CT 06902
City, State, Zip Code

203 550 4343
Telephone number

## CERTIFICATE OF SERVICE

I hereby certify that on 5/1/2025, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

List here:

Eliane Fils
Filer's signature

Rev. 8/11/15