

1245 Farmington Avenue #1198
West Hartford, CT. 06107
P: 860.869.0375 F: 631.465.0313
hurwitzfine.com

**Lee S. Siegel**
lss@hurwitzfine.com

July 11, 2025

**VIA ECF**
Hon. Michael P. Shea
United States District Court
District of Connecticut

    Re:    AmGuard Insurance Company v. Eliane Fils, et al.
            Case No.: 3:24-cv-01332-MPS

Dear Judge Shea:

    We represent plaintiff, AmGuard Insurance Company, in the above-captioned matter. In light of the Court's recent rulings, we hereby request that the Court convene a scheduling conference.

    Thank you for Your Honor's consideration of this request.

                                          Respectfully submitted,

                                          HURWITZ FINE P.C.

                                          Lee S. Siegel

/dd

cc:    All Defendants via First Class Mail and ECF