

1245 Farmington Avenue #1198
West Hartford, CT 06107
P: 860.869.0375 F: 631.465.0313
hurwitzfine.com

**Lee S. Siegel**
lss@hurwitzfine.com

August 19, 2025

**VIA ECF**
Hon. Michael P. Shea, U.S.D.J.
United States District Court
District of Connecticut
450 Main Street - Annex 135
Hartford, Connecticut 06103

      RE:   *AmGUARD Insurance Company v. Eliane Fils and St. Louis Fils, et al.*
            Case No. 3:24-cv-01332-MPS
            Date Amended Complaint Filed: 9/27/24
            Date Amended Complaint Served: 10/4/24
            Date of Defendant's Appearance: 5/5/25

Dear Judge Shea:

      This office represents Plaintiff, AmGuard Insurance Company, in connection with this matter. Plaintiff respectfully submits this Report pursuant to Fed. R. Civ. P. 26(f) and the Court's August 5, 2025 Order (ECF No. 30). Please allow this correspondence to serve as a report on Plaintiff's efforts to confer with the appearing Defendants.

      Pursuant to the Court's August 5, 2025 Order, Plaintiff was required to contact St. Louis and Eliane Fils at the phone number provided on their Notice of Pro Se Appearance (ECF Nos. 20, 21), confer for R. 26(f) purposes, and file a joint report on or before August 20, 2025. If Plaintiff was unable to contact the appearing Defendants, the Court directed Plaintiff to file a status report describing its efforts.

      On August 6, 2025, an associate in my office made several phone calls throughout the day to the phone number identified by the appearing Defendants, leaving voicemail messages identifying herself, the reason for her call, and her contact information. At one call made later in the afternoon that day, a male, who declined to identify himself, answered the phone and advised that an attorney for the appearing Defendants would be in contact with my office later that week.



**HURWITZ FINE P.C.**
Case No. 3:24-cv-01332-MPS
August 19, 2025
Page 2

  Not having received notice of an appearance by counsel (either by direct contact or through ECF), on August 15, 2025, my office sent via Federal Express the enclosed correspondence to St. Louis and Eliane Fils at 31 Hillcrest Avenue, Stamford, Connecticut, requesting that the appearing Defendants provide a copy of the correspondence to their counsel as soon as possible.

  To date, neither the appearing Defendants nor their counsel have been in contact with my office, and a notice of appearance by counsel has not been filed.

  Despite Plaintiff's efforts, we have been unable to confer with the appearing Defendants regarding the R. 26(f) report. Plaintiff respectfully requests that the Court advise on how to proceed.

         Respectfully Submitted,

         HURWITZ FINE P.C.

         Lee S. Siegel

LSS/dd

Enc.

cc: *VIA FIRST-CLASS MAIL*
   Eliane Fils
   St. Louis Fils



1245 Farmington Ave #1198
West Hartford, CT 06107
P: 631.465.0700 F: 631.465.0313
hurwitzfine.com

**Lee S. Siegel**
lss@hurwitzfine.com

August 15, 2025

***Via Federal Express***
St Louis Fils and Elaine Fils
31 Hillcrest Avenue
Stamford, Connecticut 06902

    RE:    Amguard Insurance Company v. Elaine Fils, et al.
           Docket #:    3:24-cv-01332
           Our File No.:  20231127

Dear St. Louis and Eliane Fils:

    This correspondence shall confirm your conversation with my office on August 6, 2025, in which you advised you were retaining counsel to represent your interests in the above referenced action. My office represents the plaintiff, AmGUARD Insurance Company. Please provide a copy of this correspondence with my contact information to your attorney as soon as possible.

    Very truly yours,

    HURWITZ FINE P.C.

    Lee S. Siegel

LSS/rms